**Order entered July 1, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01384-CV

### IN THE INTEREST OF K.V.K., A CHILD

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-19679**

## ORDER

In an order dated April 30, 2015, the Court granted appellant's motion to file supplemental reporter's records and ordered Glenda Johnson, Official Court Reporter for the 256th Judicial District Court, to file reporter's records from six hearings. In an order dated May 5, 2015, the Court granted appellee's motion to file previously requested reporter's records and ordered Ms. Johnson to file reporter's records from an additional six hearings. The requested reporter's records are past due.

Accordingly, we **ORDER** Ms. Johnson to file, by **JULY 20, 2015**, the reporter's records with exhibits from the hearings held on the following dates:

1. February 20, 2014;

2. February 28, 2014;

3. March 20, 2014;

4. October 7, 2014;

5. October 22, 2014; and

6. January 9, 2015.

If any of the above-listed hearings were not recorded, Ms. Johnson shall file written verification that such hearings were not recorded.

We further **ORDER** Ms. Johnson to file, by **JULY 20, 2015**, either the reporter's records with exhibits from the hearings held on the following dates:

1. November 15, 2013;

2. December 19, 2013;

3. September 9, 2014;

4. October 2, 2014;

5. October 3, 2014; and

6. November 17, 2014

or written verification that any of the hearings were not recorded or that appellee has not paid or made arrangements to pay for these records.

Appellant's brief will be due **THIRTY DAYS** after the reporter's record is complete or written verification that any of the above listed hearings were not recorded or that appellee has not paid for the records appellee requested.

*We expressly CAUTION Ms. Johnson that failure to comply with this order may result in an order that she not sit as a court reporter until she complies.*

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to the Honorable David Lopez, Judge of the 256th Judicial District Court, Ms. Johnson, and counsel for all parties.

/s/     ELIZABETH LANG-MIERS
         JUSTICE